Decided January 12, 1999

## STATE OF CONNECTICUT *v.* ANDRE COARDES

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 112 (AC 16491), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Lisa J. Steele*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided January 28, 1999